■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY POLICASTRO, Appellant. [36 NYS3d 827]—Appeals by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Williams, J.), all imposed October 10, 2014, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 264-265 [2011]) and, thus, does not preclude review of his excessive sentence claims. However, contrary to the defendant's contention, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Hinds-Radix and Barros, JJ., concur.